# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBBIE A. WARNEKE,** | |
| **Plaintiff,** | 8:19CV36 |
| vs. | |
| **STATE FARM VP MANAGEMENT CORP.**, a Delaware corporation; and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a subsidiary of State Farm VP Management Corp.; | **AMENDED CASE PROGRESSION ORDER** |
| **Defendants.** | |

This matter comes before the Court on the Motion to Extend Progression Order (Filing No. 22). After review of the defendants' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the case progression order is amended as follows:

1) The deadline for filing motions to dismiss and motions for summary judgment is **January 15, 2020**.

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **January 15, 2020**.

3) The deposition deadline is **January 31, 2020**.

4) The Pretrial Conference remains scheduled before the undersigned magistrate judge on **May 8, 2020**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **May 1, 2020**.

5) The jury trial of this case remains set to commence before Laurie Smith Camp, Senior United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **May 19, 2020**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of November, 2019.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge