IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBBIE A. WARNEKE,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM VP MANAGEMENT CORP., a Delaware corporation; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a subsidiary of State Farm VP Management Corp.;<br><br>                Defendants. | **8:19-CV-36**<br><br>**JUDGMENT** |

      This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

      Dated this 13th day of November, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge